IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03121

JOSE A. BENCOMO,

    Plaintiff,

v.

WILLIAMS & FUDGE, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JOSE A. BENCOMO ("Plaintiff") and WILLIAMS & FUDGE, INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: December 7, 2021

Respectfully submitted,

**JOSE A. BENCOMO**

By: */s/ Marwan R. Daher*
Marwan R. Daher
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mdaher@sulaimanlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify on December 7, 2021, I electronically filed with the Clerk of the U.S. District Court, District of Colorado, the foregoing Notice of Settlement using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Marwan R. Daher*