# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOSE A. BENCOMO, | |
| Plaintiff, | Case No. 1:21-cv-03121 |
| v. | |
| WILLIAMS & FUDGE, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, JOSE A. BENCOMO, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, WILLIAMS & FUDGE, INC., with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: December 21, 2021

Respectfully submitted,

**JOSE A. BENCOMO**
*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify on December 21, 2021, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*/s/ Mohammed O. Badwan*